IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN TAMRAT, | No. 2:23-CV-0313-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA HEALTH CARE FACILITY ADMINISTRATION, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 2, to file a 36-page complaint. Plaintiff's motion is denied as unnecessary because neither the Federal Rules of Civil Procedure nor the local rules of this court impose a page limit on pleadings.

IT IS SO ORDERED.

Dated:  February 27, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1